**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,** )<br>)<br>**Plaintiff(s),** )<br>)<br>**vs.** )<br>)<br>**Abraham Heredia-Oliva,** )<br>)<br>**Defendant(s).** )<br>) | **CR 07-544-TUC-DCB (JCG)**<br><br>**ORDER** |

  This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on the Defendant's Motion for Order Requiring Central Arizona Detention Center to Provide Defendant with Meaningful Access to Prison Law Library, filed on November 20, 2007.

  Magistrate Judge Gueirin issued her Report and Recommendation on December 21, 2007.  She recommends that the Court find Defendant's challenge for access to the law library to pursue his asylum claim must be brought under 42 U.S.C. § 1983.  *See* (Report and Recommendation at 3.)  Additionally, the Defendant's need for access to the law library to conduct additional research regarding his re-entry prosecution, particularly relating to extraordinary mitigating and unusual circumstances pertinent to sentencing is the

responsibility of counsel appointed to represent him at sentencing. *Id.* at 2. The Report and Recommendation was sent to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation (Doc. # 23) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED Defendant's Motion for Order Requiring Central Arizona Detention Center to Provide Defendant with Meaningful Access to Prison Law Library DENIED.

DATED this 23rd day of January, 2008.

David C. Bury
United States District Judge